IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:19-CV-245-FL

| | | |
|---|---|---|
| KENNETH A. MEEKER, DDS, | ) ) ) ) | |
| v. | ) ) | **NOTICE OF SPECIAL APPEARANCE** |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) ) ) ) | |

Please take notice that the undersigned Frank Nicholas Darras hereby enters a notice of special appearance as counsel for Kenneth A. Meeker, DDS in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Norris A. Adams, II.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

*[signature]*
Frank N. Darras
DARRASLAW
3257 E. Guasti Road, Suite 300
Ontario, CA 91761
(909) 390-3770
Frank@DarrasLaw.com
CA Bar. No. 128904
Attorney for KENNETH A. MEEKER, DDS

*[signature]*
Norris A. Adams, II
ESSEX RICHARDS, P.A.
1701 South Boulevard
Charlotte, NC 28203-4727

(704) 377-4300
Fax: (704) 372-1357
NAdams@essexrichards.com
NC Bar. No. 32552
Local Civil Rule 83.1(d) Counsel for Plaintiff